AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

A. HERNANDEZ by and through his Guardian )
Ad Litem, GILDA HERNANDEZ and T. and K. )
HERNANDEZ by and through their Guardian Ad )
Litem, VERONICA VAZQUEZ, )
    Plaintiffs, )
                                                 ) **JUDGMENT IN A CIVIL CASE**
    v. ) **CASE NO. 7:10-CV-175-F**
                                                 )
UNITED STATES OF AMERICA, )
    Defendant. )

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Court ADOPTS and INCORPORATES herein, the Government's unopposed motion to dismiss on the basis of lack of subject matter jurisdiction is ALLOWED.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 30, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

K. Robert Davis (via regular mail to P.O. Box 3129, Elizabethtown, NC 28337)
Sharon C. Wilson (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| September 30, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |